# UNITED STATES BANKRUPTCY COURT

In Re: CONWAY, ROBERT

PHC PATRICIA CONWAY
**Debtor**

Case No. 11-44773

(if known)

Chapter 7

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $~~299.00~~ 306.00 in installments. PHC

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   PHC $ ~~75.00~~ 80.00  Check one  ☒ With the filing of the petition, or
                                      ☐ On or before
   PHC $ ~~75.00~~ 80.00  on or before  11-18-2011
   PHC $ ~~75.00~~ 73.00  on or before  12-02-2011
   PHC $ ~~74.00~~ 73.00  on or before  12-16-2011

   FILED
   UNITED STATES BANKRUPTCY COURT
   NORTHERN DISTRICT OF ILLINOIS
   NOV 03 2011
   ..., CLERK
   PS REP. - AJ

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  11-2-11 PHC
**Signature of Attorney**  Date

_____
**Name of Attorney**

Patricia Conway  11-2-11
**Signature of Debtor**  Date

R.H. Conway  11-2-11
**Signature of Joint Debtor**  Date

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District Of Illinois

In re  Robert Conway and Patricia Conway ,
              Debtor

Case No. 11-44773

Chapter 7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☑ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one ☐ With the filing of the petition, or
                                  ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Date: 11/03/2011

_United States Bankruptcy Judge_